AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDRE JACKSON,

Movant,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:23-cv-19

UNITED STATES OF AMERICA,

(Case No.: 6:20-cr-1-3)

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 13, 2024, the Report and Recommendation of the U.S. Magistate Judge is adopted as the opinion of this Court. The Respondent's Motion to Dismiss is granted and the Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence is dismissed.  Jackson is also denied leave to appeal in forma pauperis and a Certificate of Appealability. This case stands closed.

July 29, 2025                        John E. Triplett, Clerk of Court
Date                                      Clerk

*James R. Burrell*
(By) Deputy Clerk

GAS Rev 10/2020